**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Ryan Phyllip BOWERS, Petitioner**

**No. 526 WAL 2016**

Supreme Court of Pennsylvania.

May 11, 2017

#### ORDER

PER CURIAM

**AND NOW**, this 11th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Samuel Henry FUNK, Jr., Petitioner**

**No. 919 MAL 2016**

Supreme Court of Pennsylvania.

May 11, 2017

#### ORDER

PER CURIAM

**AND NOW**, this 11th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**